# LEWIS, CLIFTON & NIKOLAIDIS, P.C.
ATTORNEYS AT LAW
275 SEVENTH AVENUE
SUITE 2300
NEW YORK, N.Y. 10001-6708
(212) 419-1500

FACSIMILE
(212) 419-1510

EVERETT E. LEWIS
DANIEL E. CLIFTON
LOUIE NIKOLAIDIS ◊

ELAINE L. SMITH

OF COUNSEL
STEPHEN H. STURM

◊ ADMITTED N.Y. AND N.J. BAR

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 545-2303
FAX (732) 545-2412

*SEPT 27 2005*

BROOKLYN OFFICE

September 20, 2005

Granted
Hearing will take place on 10/24/05 @ 9:30 AM

s/John Gleeson

BY HAND

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Drywall Tapers v. Bovis Lend Lease
             Case No. CV-05-2746 (JG)

Dear Judge Gleeson:

I write to request a two week adjournment of the hearing currently scheduled for Tuesday, September 27, 2005.

Given the close proximity of the hearing date and the extremely short period in which to conduct discovery, I believe that it would be more useful in the next few days for counsel to attempt to negotiate a settlement rather than prepare for the hearing

    All parties join in this request.

Very truly yours,

Daniel E. Clifton

BY FAX

    cc:    Gary Wirth, Esq.
            Gregory R. Begg, Esq.

Lyle S. Zuckerman, Esq.
Steven G. Rubin, Esq.
Jeffrey S. Dubin, Esq.
Mark A. Rosen, Esq.
Glen P. Kennedy, Esq.